1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

From: **Legal Ivy Coach** <legal@ivycoach.com>
Date: Wed, Mar 22, 2023 at 4:17 PM
Subject: Copyright Infringement - AdmissionSight
To: <adam@admissionsight.com>

Mr. Eng,

It has come to our attention through a plagiarism detection service that you are using material owned and copyrighted by Ivy Coach for the online promotional purposes of your college counseling business, which is attached for your records. Plagiarizing our copyrighted original material -- material we have painstakingly created and registered with the United States Copyright Office (Registration #TXu 1-934-340) -- will not be tolerated under any circumstances.

Please note that we could have initiated litigation against you for the theft of our intellectual property. At the very least, we could have sent you a Cease & Desist and monetary Settlement Demand for the unauthorized use of Ivy Coach's copyrighted content since you didn't have the right to use Ivy Coach's content to promote your competing business.

We *very generously* have yet to do so. As such, we fully expect you to immediately remove the infringing content from your website, which is highlighted in orange on the attached documentary evidence. We also expect no defensiveness or unkindness in your response and for our demand that you cease infringing our copyrighted material now or ever in the future to be taken extremely seriously. If it is not, we will issue no further warning and simply commence litigation against you for copyright infringement.

Please ensure the content is removed by the close of business on Friday, March 24, 2023. Reserving all rights under law.

Sincerely,
Ivy Coach Legal

---

**Exhibit A.pdf**
1207K