# EXHIBIT 2

**Registration Number**

# TXu 1-934-340

**Effective Date of Registration:**
December 11, 2014

**Title**

| | |
|---|---|
| **Title of Work:** | College Admissions Resources: Ivy League Statistics | Ivy League Admissions Statistics |

**Completion/Publication**

| | |
|---|---|
| **Year of Completion:** | 2014 |

**Author**

| | |
|---|---|
| • **Author:** | Bev Taylor |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

**Copyright Claimant**

| | |
|---|---|
| **Copyright Claimant:** | Bev Taylor<br>515 EAST 72ND STREET, New York, NY, 10021, United States |

**Rights and Permissions**

| | |
|---|---|
| **Organization Name:** | The Ivy Coach, Inc. |
| **Name:** | Bev Taylor |
| **Email:** | director@theivycoach.com |
| **Telephone:** | (212)600-0312 |
| **Address:** | 515 EAST 72ND STREET<br>New York, NY 10021 United States |

**Certification**

| | |
|---|---|
| **Name:** | Kevin Garland, Esq. |
| **Date:** | December 11, 2014 |

Page 1 of 1