# EXHIBIT 3

5/15/23, 2:06 PM                Carbon Law Group Mail - Cease & Desist and Settlement Demand - Eric Eng / AdmissionSight

**CARBON LAW GROUP**                                                **Judy Yen <judy@carbonlg.com>**

---

## Cease & Desist and Settlement Demand - Eric Eng / AdmissionSight
9 messages

---

**Legal Ivy Coach** <legal@ivycoach.com>                                    Fri, Mar 24, 2023 at 1:39 PM
To: Eric Eng <ericeng@admissionsight.com>, adam@admissionsight.com, Judy Yen <judy@carbonlg.com>
Cc: Legal Ivy Coach <legal@ivycoach.com>

Mr. Eng:

Attached, please find a Cease & Desist and Settlement Demand for the unauthorized use of Ivy Coach's copyrighted material. If you remain non-compliant with Ivy Coach's Cease & Desist and do not pay Ivy Coach's settlement demand, or if any attorney you retain does not reach out to Ivy Coach to settle this matter, by the close of business on Friday, March 31, 2023, Ivy Coach will initiate litigation against you without any further notice.

This communication is for settlement purposes only. Reserving all rights under law.

Sincerely,
Ivy Coach Legal

---

**5 attachments**

📄 **Exhibit A - Copyright Infringement Initial Notice.pdf**
   98K

📄 **Exhibit B - Copyright Infringement - AdmissionSight.pdf**
   10213K

📄 **Exhibit C - Ivy Coach Content.pdf**
   428K

📄 **Exhibit D - Copyright Registration Certificate.pdf**
   4635K

📄 **Cease & Desist and Settlement Demand - Eric Eng - AdmissionSight.pdf**
   216K

---

**Legal Ivy Coach** <legal@ivycoach.com>                                    Fri, Mar 24, 2023 at 1:46 PM
To: Judy Yen <judy@carbonlg.com>

Ms. Yen,

Kindly confirm if you represent Mr. Eng / AdmissionSight in this matter.

As we anticipate he will remain non-compliant with our Cease & Desist and Settlement Demand, we will serve your office with the complaint should you confirm you represent him.

If we do not hear from you, we will assume you do not represent him, and we will thus serve him directly. Reserving rights. Thank you!

Sincerely,
Ivy Coach Legal
[Quoted text hidden]

---

**5 attachments**

📄 **Exhibit A - Copyright Infringement Initial Notice.pdf**
   98K

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IVY COACH
## TOWARD THE CONQUEST OF ADMISSION

Mr. Eric Eng

129 Yellow Iris
Irvine, CA 92618

8583 Irvine Center Dr.
#318
Irvine, CA 92618

20660 Stevens Creek Blvd., #208
Cupertino, CA 95014

ericeng@admissionsight.com | 206-229-9904

March 24, 2023

**<u>CEASE & DESIST AND SETTLEMENT DEMAND</u>**

Mr. Eng:

As you were previously notified on March 22, 2023, attached as Exhibit A, you are now willfully using material owned and copyrighted by Ivy Coach for the online promotional purposes of your college counseling business.

As the leading college counseling company in the world, Ivy Coach is deeply committed to protecting its copyrighted original material.

Using Ivy Coach's copyrighted material without a valid license is considered copyright infringement in violation of U.S. copyright law, Title 17 of the United States Code, which entitles Ivy Coach to $150,000 in compensation for the statutory violation.

The content <u>you used on your website</u>, attached as Exhibit B, without Ivy Coach's authorization is plagiarized from Ivy Coach's <u>Class of 2025 admissions statistics page</u>, attached as Exhibit C. The full text of the page is indeed registered with the United States Copyright Office (Registration #TXu 2-272-519 | Effective Date of Registration: June 14, 2021), attached as Exhibit D.

Your blog, posted on September 26, 2022, was several months after the date of Ivy Coach's publication and copyrighting, as Ivy Coach's copyright registration makes clear and as is also confirmable via Wayback Machine, the enduring archives of the internet. Additionally, it is plainly obvious that the entire paragraph was lifted from Ivy Coach's copyrighted text, as your

language in the rest of the post is filled with significant grammatical errors that do not match the text you plagiarized.

As Ivy Coach offered you every opportunity to remove the copyrighted content from your website and you have, to date, refused to do so, Ivy Coach now demands compensation in addition to your ceasing use of the infringing content.

The purpose of this communication is to reach a fair settlement in the matter.

<u>Within 7 days of the date of this email, please take the following actions:</u>

- You must immediately cease and desist use of our copyrighted material, and remove this material from your website.

- You must notify Ivy Coach in writing of the removal of this content. This communication should be sent to <u>legal@ivycoach.com</u>.

- You must compensate Ivy Coach for its unauthorized use. Below is a demand representing the monetary settlement for the use of Ivy Coach's copyrighted material in question. To avoid further action, payment must be received within 7 days of this email. Please follow the remittance instructions included on the attached Settlement Demand.

Remember that ceasing use of our copyrighted material does not by any means release you or your company of its responsibility to pay for the material already used, which you neither asked for nor received permission to use. We are willing to discuss the circumstances surrounding this matter with you or your attorney, and we are willing to draw up a Settlement Release; however, <u>as Ivy Coach's history of enforcing its copyrights in our courts makes clear</u>, Ivy Coach <u>fully expects</u> to be <u>compensated for the material in question</u>.

In fact, Ivy Coach's offer for settlement will no longer be on the table after 7 days as the company will seek the full $150,000 to which it is entitled in statutory damages for the copyright infringement. So we do urge you — and/or your attorney if indeed Ms. Yen, whom you've CC'ed represents you — to not try our patience with lines such as, "My webmaster did it" or "My company has little to no revenue." These excuses will not be accepted under any circumstance, and your mere removal of the copyrighted material will not negate the fact that you used Ivy Coach's copyrighted material for your own competing business before you were served notice on March 22, 2023.

You should note that once payment is received, this does not permit you to use this copyrighted material or any of Ivy Coach's other copyrighted material in the future.

We anticipate your prompt response. Should our demand be met, no further legal action will be taken against you. Should it not be met, we will initiate litigation against you without any further notice just as our history of litigating copyright matters such as this makes crystal clear.

This communication is for settlement purposes only. Reserving all rights as available under law.

Sincerely,
Ivy Coach Legal

### SETTLEMENT DEMAND

Unauthorized Use of Ivy Coach's Copyrighted Content…......................................…..$75,000

Within 7 days of the date of this communication, payment in the amount of $75,000 is expected to be sent to the following address, made payable to Ivy Coach.

Ivy Coach, Inc.
515 E. 72nd Street
Suite 34E
New York, NY 10021