# EXHIBIT 4

**Certificate of Registration**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

Registration Number
**TXu 2-272-519**
Effective Date of Registration:
June 14, 2021
Registration Decision Date:
August 19, 2021

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

**Title** _____

- Title of Group: 2017 Ivy League Admissions Statistics and 8 Other Unpublished Works
- Content Title: 
  - 2017 Ivy League Admissions Statistics
  - 2018 Ivy League Admissions Statistics
  - 2019 Ivy League Admissions Statistics
  - 2020 Ivy League Admissions Statistics
  - 2021 Ivy League Admissions Statistics
  - 2022 Ivy League Admissions Statistics
  - 2023 Ivy League Admissions Statistics
  - 2024 Ivy League Admissions Statistics
  - 2025 Ivy League Admissions Statistics

**Completion/Publication** _____

- Year of Completion: 2021

**Author** _____

- Author: Ivy Coach Inc.
- Author Created: Literary Works
- Work made for hire: Yes
- Citizen of: United States

**Copyright Claimant** _____

- Copyright Claimant: Ivy Coach Inc.
  17340 Rosella Road, Boca Raton, FL, 33496, United States

**Rights and Permissions** _____

Page 1 of 2