JS-6

Pankaj Raval, California State Bar No. 273973
CARBON LAW GROUP, P.C.
1001 Wilshire Blvd, Suite 100 #3200
Los Angeles, CA 90017
Telephone Number: (323) 543-4453

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Admissionsight Inc, | Civil Action No. 8:23-cv-00992−DOC−ADS |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE  [14]** |
| Ivy Coach, Inc., | |
| Defendant. | |

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and attorney' fees.

*[signature: David O. Carter]*

DATE: July 21, 2023

The Honorable David O. Carter

United States District Court Judge